# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-18005-ELF

KATRINA A. COOPER

1209 HALE STREET

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KATRINA A. COOPER

    1209 HALE STREET

    PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    CURTIS CENTER - SUITE 160 WEST
    601 WALNUT STREET
    PHILA, PA 19106-

Date: 8/23/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee