United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-18005-elf
Katrina A. Cooper                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi                Page 1 of 2              Date Rcvd: Nov 16, 2016
                            Form ID: pdf900            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db          +Katrina A. Cooper,    1209 Hale Street,    Philadelphia, PA 19111-5829
cr          +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
              Harrisburg, PA 17102-2305
13688920    +Ally Financial,    c/o Regina Cohen, Esq.,    Lavin, O'Neal, Cedrone & DiSipio,
              190 N. Independence Mall W., Ste. 500,     6th & Race Sts.,    Phila., PA 19106-1554
13399686    +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
13399693     Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13589423    +U.S. Bank NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
              Phila., PA 19106-1541
13399696    +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:20     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2016 02:10:10
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2016 02:10:58     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2016 02:09:34     Ally Financial,
              P.O. Box 130424,    Roseville, MN 55113-0004
13399684    +E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2016 02:09:34     Ally Financial,
              200 Renaissance Ctr,    Detroit, MI 48243-1300
13419107     E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2016 02:09:34
              Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13479715     E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:20     City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13399685    +E-mail/Text: filinukm@einstein.edu Nov 17 2016 02:09:52     Einstein Healthcare Network,
              101 E Olney Avenue,    Suite 301,    Philadelphia, PA 19120-2470
13399687    +E-mail/Text: vivian@interstatecredit.net Nov 17 2016 02:10:56     Interstate Credit & Co,
              21 W Fornance St,    Norristown, PA 19401-3300
13448530     E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 17 2016 02:10:46     Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
13399692    +E-mail/Text: bankruptcygroup@peco-energy.com Nov 17 2016 02:09:47      PECO,
              2301 Market Street,    Philadelphia, PA 19103-1380
13399691    +E-mail/Text: blegal@phfa.org Nov 17 2016 02:10:33     Pa Housing Finance Age,    211 N Front St,
              Harrisburg, PA 17101-1406
13399694    +E-mail/Text: equiles@philapark.org Nov 17 2016 02:11:55     Philadelphia Parking Authority,
              3101 Market Street,    Philadelphia, PA 19104-2806
13399695     E-mail/Text: james.feighan@phila.gov Nov 17 2016 02:11:57     Water Revenue Bureau,
              1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13399688*   +Interstate Credit & Co,    21 W Fornance St,    Norristown, PA 19401-3300
13399689*   +Interstate Credit & Co,    21 W Fornance St,    Norristown, PA 19401-3300
13399690*   +Interstate Credit & Co,    21 W Fornance St,    Norristown, PA 19401-3300
                                                                                       TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi               Page 2 of 2                Date Rcvd: Nov 16, 2016
                              Form ID: pdf900           Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Katrina A. Cooper dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               lhaller@pkh.com,  dmaurer@pkh.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATRINA A. COOPER                               Chapter 13

                    Debtor          Bankruptcy No. 14-18005-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 16, 2016**

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
KATRINA A. COOPER

1209 HALE STREET

PHILADELPHIA, PA 19111